**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

JUAN DELGADO,

                            Plaintiff,                    **25-CV-379 (DEH) (VF)**

          -against-                          **ORDER**

HEALTHYHOLIC, INC.,

                            Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      This case was referred to the undersigned for general pretrial supervision on January 17, 2025. ECF No. 5. On January 28, 2025, the summons and complaint were served on Defendant pursuant to N.Y. Business Corporation Law § 306. ECF No. 6. As such, Defendant's response to the complaint was due on February 18, 2025. Defendant is directed to respond to the complaint by **March 21, 2025**, and Plaintiff is directed to send a copy of this order to Defendant, as Defendant has not yet appeared in this action.

      **SO ORDERED.**

DATED:     New York, New York
                 February 27, 2025

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge