UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN DELGADO,

                            Plaintiff,                 **25-CV-379 (DEH) (VF)**

           -against-                             **ORDER**

HEALTHYHOLIC, INC.,

                            Defendant.

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    By **July 14, 2025**, the parties are directed to file a joint status update informing the Court on the progress of mediation and proposing a discovery schedule.

           **SO ORDERED.**

DATED:     New York, New York
               June 25, 2025

                                                                      _____
                                                                      VALERIE FIGUEREDO
                                                                      United States Magistrate Judge