UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

JUAN DELGADO, and
DARIUS GUZMAN,                                         :        Case No. 1:25-cv-00379-DEH-VF
                              Plaintiffs,              :
                                                      :
      -against-                                       :
                                                      :        [proposed] **JUDGMENT**
HEALTHYHOLIC INC.,                                    :
                                                      :
                              Defendant.              :

-----------------------------------------------X

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant,

HEALTHYHOLIC INC., having offered to allow Plaintiffs, JUAN DELGADO, and DARIUS

GUZMAN, to take a judgment against it, in accordance with the terms and conditions of

Defendant's Rule 68 Offer of Judgment dated June 25, 2025, and filed as Exhibit "A" to Docket

No. 16;

**WHEREAS**, on June 25, 2025, Plaintiff's attorneys having confirmed Plaintiff's

acceptance of Defendants' Offer of Judgment (Docket No. 16);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiffs in

the amount of Forty-Five Thousand Dollars ($45,000.00), and the clerk is directed to close the

case.

Date:  New York, New York
        July  17 , 2025

The Clerk of Court is respectfully directed to
terminate the case.  SO ORDERED.

_____

Dale E. Ho
United States District Judge
Dated: July 17, 2025
New York, New York